1  PATRICK T. CONNOR, Bar No. 89136
   MARGARET R. GIFFORD, Bar No. 118222
2  SALLY S. FRONTMAN, Bar No. 227735
   sfrontman@deconsel.com
3  DeCARLO, CONNOR & SHANLEY
   A Professional Corporation
4  533 S. Fremont Avenue, 9th Floor
   Los Angeles, California 90071-1706
5  Telephone:  213/488-4100
   Telecopier: 213/488-4180
6
7  ATTORNEYS FOR PLAINTIFFS, CARPENTERS SOUTHWEST
   ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES
   FOR THE CARPENTERS SOUTHWEST TRUSTS
8

9             UNITED STATES DISTRICT COURT

10            CENTRAL DISTRICT OF CALIFORNIA

11                  EASTERN DIVISION

12

13 | CARPENTERS SOUTHWEST              ) CASE NO. EDCV 07-00585
   | ADMINISTRATIVE CORPORATION, a    )          SGL(OPx)
14 | California non-profit corporation; and )
   | BOARD OF TRUSTEES FOR THE        )
15 | CARPENTERS SOUTHWEST TRUSTS,     ) ORDER TO SHOW CAUSE IN RE
   |                                   ) CONTEMPT FOR FAILURE TO
16 |                Plaintiffs,        ) OBEY JUDGMENT FOR
   |                                   ) SPECIFIC PERFORMANCE BY
17 | v.                                ) ROBBIE R. ELDER, AN
   |                                   ) INDIVIDUAL
18 | ROBBIE R. ELDER, an individual; and )
   | DOES 1 through 10, inclusive,    )
19 |                                   )
   |                Defendants.        )
20 | _____ )

21

22 TO ROBBIE R. ELDER, an individual:

23     Upon reading the Declarations of Sally S. Frontman and James G. Schuman

24 and good cause appearing therefore:

25     IT IS HEREBY ORDERED that ROBBIE R. ELDER, an individual appear

26 in Courtroom One of the above-entitled court, located at 3470 Twelfth Street,

27 Riverside, California 92501, on April 21, 2008 at 10:00 a.m., then and there to

28 show cause, if any, why an order should not be made holding ROBBIE R.

1  ELDER, an individual in contempt of court for his failure to obey that certain
2  specific performance judgment entered against ROBBIE R. ELDER, an individual
3  on September 26, 2007, a copy of which is attached to the Declaration of Sally S.
4  Frontman as Exhibit 1.
5      YOU, ROBBIE R. ELDER, an individual ARE FURTHER ORDERED to
6  show cause at said time and place why you should not pay to CARPENTERS
7  SOUTHERN CALIFORNIA ADMINISTRATIVE CORPORATION and BOARD
8  OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, plaintiffs
9  herein, reasonable expenses and attorneys' fees incurred by said plaintiff in
10 obtaining the order adjudging you in contempt as set forth herein and in the
11 Declaration of Sally S. Frontman in support of this Order to Show Cause.
12     IT IS FURTHER ORDERED that the service of this Order to Show Cause
13 and copies of the Declaration of Sally S. Frontman, the Ex Parte Application for
14 Order to Show Cause in Re Contempt for Disobeyance of Judgment for Specific
15 Performance, and the Memorandum of Points and Authorities in Support of Ex
16 Parte Application for Order to Show Cause in Re Contempt for Disobeyance of
17 Judgment for Specific Performance be made on ROBBIE R. ELDER, an
18 individual at least 21 days before said date and time for hearing of this Order to
19 Show Cause.
20 ////
21
22 ////
23
24 ////
25
26 ////
27
28 ////

1  This Order to Show Cause is based on the declarations and exhibits attached
2  hereto, and all the original documents on file with the court are incorporated herein
3  by reference.

DATED: February 29, 2008

THE HONORABLE STEPHEN G. LARSON
UNITED STATES DISTRICT COURT

Presented by:

DeCARLO, CONNOR & SHANLEY
A Professional Corporation

BY:   /s/ Sally Frontman
      SALLY S. FRONTMAN
      Attorneys for Plaintiffs